# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

156444 & (37)(38)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SHOKELLE REON McKAY,
　　　　Defendant-Appellant.

SC: 156444
COA: 337715
Wayne CC: 11-010003-FC

_____/

On order of the Court, the motions to supplement and amend are GRANTED. The application for leave to appeal the July 21, 2017 order of the Court of Appeals is considered. We DIRECT the defendant's former appellate counsel, Suzanna Kostovski, to file a supplemental brief within 28 days of the date of this order addressing why she did not visit the defendant until days before the deadline for seeking direct appellate review; and to indicate what, if any, pre-visit contact she had with the defendant. We DIRECT the defendant's former appellate counsel, Arthur Rubiner, to file a supplemental brief within 28 days of the date of this order indicating what contact he had with defendant, specifically in regards to the motions to withdraw the no contest plea filed in the trial court; and addressing the reasons for his failure to file an application for leave to appeal in the Court of Appeals.

The application for leave to appeal, motion to remand, motion for an evidentiary hearing, and motion for peremptory reversal remain pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



a0225

Clerk